■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELISSA D. BENJAMIN, Appellant. [40 NYS3d 784]—Appeal by the

defendant from a judgment of the County Court, Westchester County (Hubert, J.), rendered August 16, 2012, convicting her of driving while intoxicated in violation of Vehicle and Traffic Law § 1192 (3), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the People's failure to turn over an activity log prepared by a police officer who responded to the scene and assisted in the defendant's arrest was not a *Rosario* violation (*see People v Rosario*, 9 NY2d 286 [1961]), because that officer did not testify at the trial and there is no evidence that the log contained a statement by a witness who did testify (*see* CPL 240.45 [1] [a]; *People v Moore*, 29 AD3d 825, 826 [2006]; *People v Simons*, 280 AD2d 688 [2001]; *People v Williams*, 229 AD2d 603, 604 [1996]). Chambers, J.P., Dickerson, Duffy and Connolly, JJ., concur.